United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH & WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LINEATION MARKINGS CORPORATION,<br><br>    Defendant. | Case No.  14-cv-00575-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 13 |

Plaintiffs request that the case management conference set for May 13, 2014 be reset for 90 days to allow the parties to attempt to resolve this matter informally and/or for Plaintiffs to file and serve a First Amended Complaint.  Dkt. No. 13.  The defendants have been served but have not yet appeared in this action.  *See* Dkt. No. 12 (executed summons).

Plaintiffs' request is GRANTED.  The case management conference set for May 13, 2014 is VACATED and RESET for August 12, 2014.

**IT IS SO ORDERED**.

Dated: May 7, 2014

_____
WILLIAM H. ORRICK
United States District Judge