BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
              clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>LINEATION MARKINGS CORPORATION, a California Corporation,<br><br>Defendant. | No. C14-00575 (WHO)<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER** |

TO:  THE CLERK OF THE COURT AND DEFENDANT, LINEATION MARKINGS CORPORATION, a California Corporation:

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference, which was set for October 14, 2014 at 2:00 pm be reset for sixty days

1

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER; CASE NO. C14-00575 (WHO)

to allow the parties to attempt to resolve this matter informally and/or for Plaintiffs to file and serve a First Amended Complaint.

Plaintiffs filed the Complaint seeking an audit and unpaid contributions on February 6, 2014. Defendant was served on March 5, 2014, for which proofs of service were filed with this Court on March 14, 2014. Defendant has not filed an Answer or other responsive pleading in this matter.

Plaintiffs recently conducted an audit of Defendant's books and records. Plaintiffs are in the process of discussing their findings with the Defendant in an effort to resolve this case.

Accordingly, Plaintiffs request that the Case Management Conference be continued for sixty days in order to allow Plaintiffs to attempt a resolution of this case with the Defendant.

The above stated facts are set forth in the accompanying Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: October 6, 2014

                                                  WEINBERG, ROGER & ROSENFELD
                                                  A Professional Corporation

                                                  By: /s/ *Concepción E. Lozano-Batista*
                                                  CONCEPCIÓN E. LOZANO-BATISTA
                                                  Attorneys for Plaintiffs

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER; CASE NO. C14-00575 (WHO)

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

## **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference to December 9, 2014 at 2:00 p.m.

In addition, the Court orders that by December 9, 2014:

(i) defendant file a responsive pleading and participate in preparing a Joint Case Management Statement, setting forth the proposed schedule for this case; or

(ii) plaintiffs take defendant's default; or

(iii) plaintiffs dismiss the case; or

(iv) plaintiffs represent that the case is settled.

If none of these conditions has been met, the case will likely be dismissed for failure to prosecute.

Dated: October 9, 2014

_____
HONORABLE WILLIAM H. ORRICK
United States Magistrate Judge

135418/782897

3

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER; CASE NO. C14-00575 (WHO)

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001