BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
              clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>LINEATION MARKINGS CORPORATION, a California Corporation,<br><br>Defendant. | No. C14-00575 (WHO)<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER** |

TO:  THE CLERK OF THE COURT AND DEFENDANT, LINEATION MARKINGS CORPORATION, a California Corporation:

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference, which was set for December 9, 2014 at 2:00 pm be reset for ninety days to allow Plaintiffs to file and serve a First Amended Complaint.

1

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER; CASE NO. C14-00575 (WHO)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Plaintiffs filed the Complaint seeking an audit and unpaid contributions on February 6, 2014.  Defendant was served on March 5, 2014, for which proofs of service were filed with this Court on March 14, 2014.  Defendant has not filed an Answer or other responsive pleading in this matter.

Plaintiffs and Defendant had scheduled an audit of the Defendant's books and records for April 10, 2014.  Thereafter, the Defendant requested that the audit be rescheduled on various occasions. The audit was finalized in late October 2014, as Defendant continued to provide information that was missing from the audit.  Plaintiffs attempted to resolve the matter with Defendant once the audit was concluded, but have had no response from Defendant. Accordingly, Plaintiffs request that the Case Management Conference be continued for ninety days in order to allow Plaintiffs to file and serve an amended complaint.

The above stated facts are set forth in the accompanying Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated:  December 3, 2014
WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:   */s/ Concepción E. Lozano-Batista*
CONCEPCION E. LOZANO-BATISTA
Attorneys for Plaintiffs

135418/790035

2
EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER; CASE NO. C14-00575 (WHO)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

# [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference for 90 days to March 3, 2015 at 2:00 p.m.

Dated: December 8, 2014

_____
HONORABLE WILLIAM H. ORRICK
United States Magistrate Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
ORDER; CASE NO. C14-00575 (WHO)