United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH & WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINEATION MARKINGS CORPORATION,<br><br>Defendant. | Case No.  3:14-CV-00575 HSG (EDL)<br><br>**NOTICE OF REFERENCE, TIME AND PLACE OF HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs' motion for entry of default has been referred to Magistrate Judge Elizabeth D. Laporte for a report and recommendation.

A hearing on Plaintiffs' motion for entry of default judgment is set for August 4, 2015, at 9:00 a.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

The briefing schedule as set by Local Rule 7-3 shall remain unchanged.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5.  Documents not filed in compliance with those rules will not be considered by the Court.

If documents are filed electronically, courtesy copies shall be provided in accordance with Civil Local Rule 5-1(e)(7).

Any party seeking an award of attorney's fees or other expenses in connection with this

1  motion shall file motion in accordance with Civil Local Rule 37-3.

3  Dated: June 19, 2015

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE