UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH & WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>LINEATION MARKINGS CORPORATION,<br><br>      Defendant. | Case No.  14-cv-00575-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT BY THE COURT**<br><br>Re: Dkt. Nos. 43, 56 |

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Motion for Default Judgment by the Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: August 21, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge