BARRY E. HINKLE, Bar No. 071223
TRACY L. MAINGUY, Bar No. 176928
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         tmainguy@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINEATION MARKINGS CORPORATION, a California Corporation,<br><br>Defendant. | No. 4:14-cv-00575-HSG<br><br>**PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON ORDER TO SHOW CAUSE: RE CONTEMPT; ORDER**<br><br>Date:     March 23, 2017<br>Time:     2:00 p.m.<br>Dept.:    Courtroom 2, 4th Floor<br>Judge:    Hon. Haywood S. Gilliam, Jr. |

Counsel for Plaintiffs THE BOARD OF TRUSTEES, et al., hereby requests the Court grant leave for a telephonic appearance at the hearing before Judge Haywood S. Gilliam, Jr. on Order to Show Cause: Re Contempt for Failure to Comply with the Court's Order dated April 5, 2016. Tracy L. Mainguy holds an Of Counsel position with the firm. Ms. Mainguy is licensed in California and Florida. Ms. Mainguy currently resides in Florida and is working on this matter remotely. To date, Ms. Mainguy has been primarily responsible for the above-captioned case. Allowing her to appear telephonically at the hearing would enable her, rather than another attorney with Weinberg Roger & Rosenfeld who is less familiar with the case, to efficiently and thoroughly respond to any questions from the Court without Plaintiffs incurring the expense of

Ms. Mainguy traveling to California from Florida. Allowing the appearance by telephone would thus promote judicial economy, especially in light of the Defendant and Luke J. Middleton's failure to date to file a written response to the Court's Order and the significant possibility that there will be no appearance by Defendant and/or Luke J. Middleton in response to the Court's Order.

Dated: March 10, 2017

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */S/ Tracy L. Mainguy*
TRACY L. MAINGUY
Attorneys for Plaintiffs

### ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY

Counsel for Plaintiffs is hereby granted permission to appear telephonically at the hearing before Judge Haywood S. Gilliam, Jr. on Order to Show Cause: Re Contempt for Failure to Comply with the Court's Order dated April 5, 2016, which is calendared for March 23, 2017 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: March 10, 2017

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

135418\905628