<tr>
<tr></tr>
</tr>

BARRY E. HINKLE, Bar No. 071223
TRACY L. MAINGUY, Bar No. 176928
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
       tmainguy@unioncounsel.net
       clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINEATION MARKINGS CORPORATION, a California Corporation,<br><br>Defendant. | No. 4:14-cv-00575-HSG<br><br>**STATUS UPDATE REGARDING REQUEST FOR ENTRY OF CONTEMPT ORDER; ORDER** |

  Plaintiffs THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA ("Plaintiffs") submit their Status Update Regarding Request for Entry of Contempt Order.

  1. Plaintiffs conducted the Examination of Judgment Debtor LINEATION MARKINGS CORPORATION on June 13, 2017 at 9:00 a.m.

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2. LUKE JASPER MIDDLETON, Defendant's Agent for Service of Process, appeared personally on behalf of the Judgment Debtor and answered questions asked by Plaintiffs' counsel to aid in Plaintiffs' enforcement of the judgment entered in the above-captioned case.

3. In light of the appearance by the Judgment Debtor, and the fact that the Judgment Debtor is a dissolved corporation with no assets, the request for entry of contempt order is moot.

Dated: January 19, 2018

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */S/ Tracy L. Mainguy*
TRACY L. MAINGUY
Attorneys for Plaintiffs

## ORDER
## FINDING REQUEST FOR ENTRY OF CONTEMPT ORDER MOOT

The Court hereby ORDERS that in light of Examination of Judgment Debtor LINEATION MARKINGS CORPORATION conducted on June, 13, 2017 at 9:00 a.m., Plaintiffs' Request for Entry of Contempt Order is moot.

IT IS SO ORDERED.

Dated: January 22, 2018

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

135418\951630

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001